

FILED

06/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0306

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0306

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

PAMELA JO POLEJEWSKI,

    Defendant and Appellant.

FILED

JUN 30 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On June 1, 2020, self-represented Appellant Pamela Jo Polejewski filed a Notice of Appeal, and a week later, she filed a "Stay for Judgment Preliminary Injunction in Regard to 5/26/20 Hearing" that the Clerk of Supreme Court held for a response. On June 11, 2020, Pamela moved this Court for expedited review in her pleading, titled "Emergent Plea For Order To Stay Order of Judge Greg Pinski Until My Appeals Are Heard By the Montana Supreme Court." Upon review, we ordered a response from the State of Montana in light of the constitutional issue concerning § 27-1-434, MCA, even though the motion did not comply with M. R. App. P. 22. In compliance with this Order, counsel for the Cascade County Attorney's Office has filed a response on behalf of the State of Montana (hereinafter the State).

Pamela explains in her deemed Motion for Expedited Review, that the resulting changes in § 27-1-434, MCA, from Senate Bill 320, are unconstitutional because of the manner of confiscation and violation of her civil and due process rights. In her request for a stay, Pamela sought to prevent the Cascade County District Court from dispersing her animals through forfeiture in its Order. She contends that her animals were illegally taken from her property in May 2020.

The State responds that any appeal here should be limited to the constitutional issues and not the May 27, 2020 Order referenced in Pamela's filed Notice of Appeal. The State

points to the District Court's final order on appeal that required Pamela "to post bond or face forfeiture of animals seized by law enforcement pursuant to § 27-1-434, MCA." The State summarizes that Pamela's instant appeal concerns this statute which is the basis of the June 5, 2020 Animal Welfare Order and the State's May 18, 2020 Petition for Animal Welfare and Cost of Care Hearing. The State points out that even though Pamela filed a Notice of Constitutional Issue on June 9, 2020 and served the Montana Attorney General, counsel for the Attorney General's Office has not yet made an appearance in this proceeding.

The State does not object to a stay of the Animal Welfare Order to allow for expedited briefing of the constitutional challenges. The State points out in a footnote that the Cascade County District Court consolidated the animal welfare case, which is now on appeal (Cause No. BDV-20-276(A)), with Pamela's separate civil complaint (Cause No. ADV-20-274) and that the District Court closed the criminal case with its June 5, 2020 Animal Welfare Order. The State does object, however, to Pamela's more recent filings—the June 17, 2020 "Demand Motion to Preserve Evidence in this Civil Proceeding Appellant's Animals Are Evidentiary" [-] "Motion for Discovery" and the June 18, 2020 Notice of Issue—because these filings do not comply with Montana Rules of Appellate Procedure. The State moves to strike such pleadings that are outside the scope of the record on appeal. The State further requests an expedited briefing schedule because it projects costs to care and house these animals at $30,000 per month.

Based on the foregoing, therefore, this appeal will be limited to the legal issue concerning the constitutionality of § 27-1-434, MCA. An expedited briefing schedule is set forth below. This Court cautions Pamela to refrain from introducing other facts and documents outside of the record for this single appeal. No motions for an extension of time will be considered or granted. Accordingly,

IT IS ORDERED that:

1. The Clerk of District Court for the Eighth Judicial District Court, Cascade County, shall FILE the record for Cause No. BDV-20-276(A), *State of Montana v. Polejewski*, on or before July 7, 2020, with this Court;

2

2. Pamela's opening brief challenging the constitutionality of § 27-1-434, MCA, is DUE on or before July 28, 2020;

3. The State's response brief is DUE on or before August 18, 2020;

4. Pamela's reply brief is DUE on or before August 28, 2020;

5. Pamela's "Demand Motion to Preserve Evidence in this Civil Proceeding Appellant's Animals Are Evidentiary" and "Motion for Discovery" are DENIED and DISMISSED; and

6. Pamela's Notice of Issue, filed June 18, 2020, is TAKEN UNDER ADVISEMENT.

The Clerk is directed to provide a copy of this Order to Faye McWilliams, Clerk of District Court; to counsel of record; and to Pamela Jo Polejewski personally.

DATED this 30 day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

3